IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF ILLINOIS

\* \* \* \* \* \*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL N0: 96-40008 |
| Plaintiff, | ) ) ) | **MINUTES OF COURT** |
| vs. | ) ) | DATE: 4/13/06 |
| ISAAC C. GARNER, | ) ) | |
| Defendant(s). | ) ) | |

PRESENT:  **HONORABLE J. PHIL GILBERT,  DISTRICT JUDGE**

DEPUTY CLERK: K. Jane Reynolds                COURT REPORTER: N/A

COUNSEL FOR PLAINTIFF(S): N/A

COUNSEL FOR DEFENDANT(S): N/A

MINUTE ORDER IN CHAMBERS: (X )

PROCEEDINGS:

TIME:

   This matter is before the court for purposes of case management and calendar control.

   The Court being advised that the defendant is still in medical, it is hereby ORDERED that this matter is STRICKEN from the 4/20/06 docket and reset for hearing on the Motion to Revoke on 5/25/06 at 10:00 a.m. in Benton, IL.

                                                  NORBERT G. JAWORSKI, CLERK

                                                  By: s/ K. Jane Reynolds
                                                  Deputy Clerk